### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLENN HOSEY | CIVIL ACTION |
| VERSUS | NUMBER: 18-6536   SECTION: M(1) |
| UNIVERSITY OF NEW ORLEANS | JUDGE BARRY W. ASHE |
| | MAGISTRATE JUDGE van MEERVELD |

### MOTION TO DISMISS

**NOW INTO COURT**, through the Louisiana Attorney General, comes defendant, the State of Louisiana, through the Board of Supervisors for the University of Louisiana System, who pursuant to Rule 12(c) of the Federal Rules of Civil Procedure seeks dismissal of plaintiff's suit for the following reason:

Defendant, as an arm of the State of Louisiana, cannot be liable under the reconstruction civil rights acts.  Accordingly, plaintiff only remaining claim of action under 42 U.S.C. § 1981 should be dismissed with prejudice.

**WHEREFORE**, defendant prays that this honorable court grants this motion to dismiss plaintiff's suit with prejudice and at plaintiff's cost.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

1

**BY**     \_\_/s/  Lance Guest_____
          **LANCE S. GUEST (La. Bar No. 25403)**
          **Assistant Attorney General**
          Louisiana Department of Justice
          Litigation Division
          1450 Poydras Street, Suite 900
          New Orleans, Louisiana  70112
          Telephone No.:  (504) 599-1200
          Facsimile No.:  (504) 599-1212
          E-Mail:  guestl@ag.louisiana.gov

### CERTIFICATE OF SERVICE

I hereby certify a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system on this the 19th day of December, 2019.



_____/s/  Lance Guest_____
          LANCE S. GUEST

\\Ag-File-01\Litigation\Neworleans\SECTION\CIVIL RIGHTS\Guest, Lance\Hosey, Glenn\Pleadings\12(C) Motion To Dismiss The Board.Docx