UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | * * * * * * * * * * * * * * * * * |
| **GLENN HOSEY** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 18-6536    SECTION: M(1)** |
| **UNIVERSITY OF NEW ORLEANS** | **JUDGE BARRY W. ASHE** |
| | **MAGISTRATE JUDGE van MEERVELD** |
| * * * * * * * * * * * * * * * * * | * * * * * * * * * * * * * * * * * |

## WITNESS AND EXHIBIT LIST

NOW INTO COURT, comes the Board of Supervisors for the University of Louisiana System who, in compliance with this honorable court's Scheduling Order,[1] submits the following list of witnesses and exhibits that it may present at a trial of this matter:

## WITNESS LIST

1. Doug Mittelstaedt; UNO University Compliance and Employee Relations Officer
   2000 Lakeshore Drive
   213 Administration Building
   New Orleans, Louisiana 70148

2. Jody Duvernay; UNO Director of Recreation and Intermural Sports
   2000 Lakeshore Drive; 101 RFC
   New Orleans, Louisiana 70148

3. Sergeant Henry Gueringer; UNO Police Officer
   2000 Lakeshore Drive
   234 Computer Center
   New Orleans, Louisiana 70148

---

[1] Rec. Doc. 24.

4. Jaelyn Cullifor; UNO Student Worker
   1011 Fourth Street
   New Orleans, Louisiana 70130

5. Milan Holman; UNO Student Worker
   1 Carolyn Court
   Arabi, Louisiana 70032

6. Edgar Avila, Jr.; UNO Student Worker
   2414 Division Street
   Metairie, Louisiana 70001

7. Kassie Thibodeaux; UNO Associate Director of Recreation and Intermural Sports
   2000 Lakeshore Drive; 101 RFC
   New Orleans, Louisiana 70148

8. Any individual listed as a witness on any other witness list in the court record.

9. Any individual whose identity and relevance becomes known during discovery.

Defendant reserves the right to supplement or amend this list as discovery continues in the above captioned matter. Further, the foregoing list of individuals is exclusive of any witnesses that may be needed for impeachment purposes.

## EXHIBIT LIST

1. Any document of the documents Bates labeled 1 through 154 which were provided to plaintiff from defendant.

2. Video recordings of the UNO Recreation Center reception desk for June 13, 23, and 27 of 2017.

3. Any relevant policies or procedures of the University of New Orleans.

4. Any document produced in discovery answers by any party to this suit.

5. Any document or pleadings filed in the court record of this suit.

6. Any exhibit listed by any other party to this suit in their exhibit list.

7. Any document whose existence or relevance becomes known during discovery.

8. Any document necessary for impeachment purposes.

Defendant reserves the right to supplement or amend this list as discovery continues in the above captioned matter. Further, the foregoing list of exhibits is exclusive of any exhibits that may be needed for impeachment purposes.

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

**BY**  __/s/ Lance Guest_____
**LANCE S. GUEST (La. Bar No. 25403)**
**Assistant Attorney General**
Louisiana Department of Justice
Litigation Division
1450 Poydras Street, Suite 900
New Orleans, Louisiana  70112
Telephone No.: (504) 599-1200
Facsimile No.: (504) 599-1212
E-Mail: guestl@ag.state.la.us

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system and to any non-represented parties by placing a copy of the same in the United States Mail, postage prepaid and properly addressed.

Done in New Orleans, Louisiana on this the 7th day of January, 2020.

_____/s/ Lance Guest_____
**LANCE S. GUEST**

\\Ag-File-01\Litigation\Neworleans\SECTION\CIVIL RIGHTS\Guest, Lance\Hosey, Glenn\Pleadings\Witness And Exhibit List.Docx

3