UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GLENN HOSEY** | * | **CIVIL ACTION NO. 2:18-cv-06536-LMA-JVM** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE LANCE M. AFRICK** |
| **BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA D/B/A UNIVERSITY OF NEW ORLEANS** | * | |
| | * | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Glenn Hosey, who respectfully moves for an order extending the deadline to respond to the motion to dismiss filed by Defendant Board of Supervisors for the University of Louisiana d/b/a University of New Orleans in the above referenced matter.

Plaintiff bases his request for an extension of the above deadlines on the medical issues surrounding counsel for Plaintiff. Counsel for Plaintiff is experiencing a very complicated, high-risk pregnancy and is likely to deliver any day now. Counsel for Plaintiff has been placed on bed rest and is therefore unable to effectively respond to the motion to dismiss.

Counsel for Plaintiff has conferred with counsel for Defendant, who does not oppose the motion. Therefore, in light of the medical issues surrounding counsel for Plaintiff, good cause exists to extend Plaintiff's deadline to respond to Defendant's motion to Dismiss. Accordingly, Plaintiff respectfully requests an extension to February 8, 2020 to respond to Defendant's motion to dismiss.

1

Respectfully submitted,

s/ Natalie Blackman
Natalie Blackman
8550 United Plaza Blvd., Suite 702
Baton Rouge, LA 70809
Telephone: (318) 639-4529
Facsimile: (888) 463-4952
Email: justice@attorneynatalieblackman.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been filed and served upon all counsel of record electronically with the Clerk of Court using the CM/ECF system this the 8th day of January 2020.

s/ Natalie Blackman
Natalie Blackman