## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GLENN HOSEY | * | CIVIL ACTION NO. 2:18-cv-06536- |
| | * | |
| VERSUS | * | JUDGE BARRY W. ASHE |
| | * | |
| BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA D/B/A UNIVERSITY OF NEW ORLEANS | * | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| | * | |

## ORDER

Considering the foregoing Unopposed Motion for an extension of time to respond to the Motion to Dismiss filed by Defendant (R. Doc. 27),

**IT IS ORDERED** that upon good cause shown the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the submission date of Defendant's motion to dismiss is CONTINUED to February 27, 2020.  Any memorandum in opposition shall be filed in accordance with the Local Rules.

New Orleans, Louisiana, this 8th day of January, 2020.

_____

**BARRY W. ASHE**
**UNITED STATES DISTRICT JUDGE**